174 So. 906

**Marvin TERRY v. STATE.**

**8 Div. 514.**

Court of Appeals of Alabama.
April 20, 1937.

SAMFORD, Judge.
Appeal dismissed on motion of appellant.

174 So. 906

**Marvin TERRY v. STATE.**

**8 Div. 526.**

Court of Appeals of Alabama.
April 20, 1937.

RICE, Judge.
Appeal dismissed on motion of appellant.

174 So. 906

**Marvin TERRY v. STATE.**

**8 Div. 527.**

Court of Appeals of Alabama.
April 20, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

174 So. 906

**Marvin TERRY v. STATE.**

**8 Div. 528.**

Court of Appeals of Alabama.
April 20, 1937.

SAMFORD, Judge.
Appeal dismissed on motion of appellant.

174 So. 906

**Rosie THACKER v. STATE.**

**6 Div. 88.**

Court of Appeals of Alabama.
May 11, 1937.

RICE, Judge.
Appeal dismissed.

170 So. 922

**C. B., alias Hamp, THOMAS v. STATE,**

**4 Div. 292.**

Court of Appeals of Alabama.
Nov. 10, 1936.

J. N. Mullins, of Dothan, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

164 So. 926

**C. W. THOMAS v. STATE.**

**6 Div. 770.**

Court of Appeals of Alabama.
Dec. 17, 1935.

SAMFORD, Judge.
Appeal dismissed.

164 So. 926

**Elijah THOMAS v. STATE.**

**5 Div. 968.**

Court of Appeals of Alabama.
Nov. 26, 1935.

RICE, Judge.
Appeal dismissed.